UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARTINI M. WATTS | ) | CASE NO. 08-73300 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming on for hearing on the Trustee's Motion to Modify Chapter 13 Plan to adjust the base amount of the confirmed plan and it appearing that the debtor(s) received a tax refund for year 2008 in the amount of $4,935 and the court being fully advised in the premises;

IT IS HEREBY ORDERED that the debtor(s)' shall turnover the sum of $2,935 ~~within 21 days of the entry of this order if said amounts have not previously been submitted~~ and the base amount shall be adjusted to $19,783.

Dated DEC 0 4 2009

JUDGE MANUEL BARBOSA

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368